IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KENDRICK LAMONT BEAMON JR.,<br><br>　　　　　　　　　　Defendant. | CASE NO.  2:25-PO-00108-CSK<br><br>[Proposed] MODIFIED ORDER TO CONTINUE BENCH TRIAL; CERTIFICATE OF SERVICE<br><br>DATE:　October 8, 2025<br>TIME:　10:00 a.m.<br>COURT: Hon. Chi Soo Kim |

　　　　This case was scheduled for an in-person September 8, 2025 bench trial. On September 8, 2025, though the United States was prepared to proceed with the bench trial as scheduled, Defendant Kendrick Lamont Beamon Jr., who is proceeding pro se, was not. Defendant appeared in court and requested continuing the bench trial because his witnesses were not available. The Court granted Defendant's request to continue the trial, noting that Defendant should have made this request earlier and not on the day the bench trial was scheduled to proceed. (*See* ECF No. 10.) The Court ordered the parties to file a Joint Status Report with a stipulated bench trial date. (ECF No. 10.)

　　　　After four separate attempts by the United States to contact Defendant to confirm a new trial date failed, on September 16, 2025, Plaintiff United States filed a Motion to Continue Bench trial to October 8, 2025. (ECF No. 11.) Good cause being established, the Motion to Continue Bench trial is GRANTED and the **in-person bench trial is scheduled for October 8, 2025, at 10:00 a.m. in Courtroom 25**. Trial briefs, exhibit lists, and witness lists are due by **October 1, 2025**. If a party has already filed its trial

brief, exhibit list, and witness list, it does not need to re-file these documents.

A courtesy copy of this order will be sent to Defendant at the email address Defendant provided to court staff on September 8, 2025.

IT IS SO ORDERED.

Dated:  September 22, 2025

HON. CHI SOO KIM
United States Magistrate Judge